BEAL SAVINGS BANK, Appellant, v VIOLA SOMMER et al., as Trustees of a Trust under the Will of SIGMUND SOMMER, Respondents.

Submitted April 30, 2007; decided June 5, 2007

Motion for reargument denied [*see* 8 NY3d 318].

Judges READ and JONES taking no part.

BEAL SAVINGS BANK, Appellant, v VIOLA SOMMER et al., as Trustees of a Trust under the Will of SIGMUND SOMMER, Respondents.

Submitted April 30, 2007; decided June 5, 2007

Motion for relief ancillary to the motion by Beal Savings Bank for reargument denied [*see* 8 NY3d 318].

Judges READ and JONES taking no part.

OWEN F. BURNS III et al., Appellants, v JAMES R. VARRIALE JR., Defendant, and ST. PAUL/TRAVELERS INSURANCE COMPANY, Respondent. (And a Related Proceeding.)

Submitted May 14, 2007; decided June 5, 2007

Motion by Injured Workers' Bar Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of CHRISTINE G. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; HERBIE G., Appellant.

In the Matter of MICHELLE G. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; HERBIE G., Appellant.

Submitted April 9, 2007; decided June 5, 2007

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.